IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

| UNITED STATES OF AMERICA | § | |
|---|---|---|
| | § | |
| v. | § | NO. 4:19-CR-126 |
| | § | Judge Jordan |
| MARIO CASTILLO QUIROS | § | |
| a.k.a. Brother | § | |

## ELEMENTS OF THE OFFENSE

The defendant is charged in Count One of the Information with a violation of 21 U.S.C. § 843(b), Use of a Communication Facility to Facilitate the Commission of a Drug Trafficking Felony. The essential elements which must be proved beyond a reasonable doubt in order to establish a violation of that section are:

1. That the defendant knowingly used a communication facility; and

2. That the defendant used the communication facility to with the intent to facilitate the commission of the offense of conspiracy to knowingly and intentionally distribute and possess with intent to distribute controlled substances.

Respectfully submitted,

DAMIEN M. DIGGS
UNITED STATES ATTORNEY

*/s/ Christopher A. Eason*
CHRISTOPHER A. EASON
Assistant United States Attorney
101 E. Park Blvd., Suite 500
Plano, Texas 75074
(972) 509-1201
Chris.Eason@usdoj.gov

Elements – Page 1

## **CERTIFICATE OF SERVICE**

      I hereby certify that a copy of the foregoing was filed via electronic filing to defense counsel on January 10, 2024.

                                           */s/ Christopher A. Eason*
                                           CHRISTOPHER A. EASON
                                           Assistant United States Attorney